UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE  500 POYDRAS ST., ROOM C-151
CLERK  NEW ORLEANS, LA 70130

March 25, 2010

Clerk
Civil District Court
Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198

RE: Janet Tureaud
    v.
  Timothy B. Kephart, et. al.
  Civil Action No. 09-7269 I
  Your No.09-10464 L-6

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on March 24, 2010 remanding the above-entitled case to your court.

Very truly yours,

LORETTA G. WHYTE, CLERK

By:     Memo/car
        Deputy Clerk

Enclosure

Clerk
Orleans Parish Civil District Court
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198